IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANCHESTER UNITED FOOTBALL CLUB LIMITED, TOTTENHAM HOTSPUR LIMITED, and THE LIVERPOOL FOOTBALL CLUB AND ATHLETIC GROUNDS LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 22-cv-05227 <br><br> **Judge Manish S. Shah** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiffs' Manchester United Football Club Limited ("MUFC"), Tottenham Hotspur Limited ("THFC"), and The Liverpool Football Club and Athletic Grounds Limited ("LFC") (collectively, "Plaintiffs") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiffs' Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases").

THIS COURT HEREBY FINDS, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiffs have provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks (the "Plaintiffs' Trademarks") to Illinois residents. A list of Plaintiffs' Trademarks is included in the below chart.

| Registration Number | Trademark |
|---|---|
| 2,556,390 | [Manchester United crest logo] |
| 2,864,029 | MANCHESTER UNITED |
| 3,214,435 | [Manchester United crest logo] |
| 3,369,663 | MU |
| 4,214,045 | [Manchester United crest logo] |
| 4,797,705 | MUFC |

| Registration Number | Trademark |
|---|---|
| 4,843,297 | (devil with trident logo) |
| 4,929,771 | (Manchester United crest) |
| 5,029,049 | **MANCHESTER UNITED** |
| 5,303,910 | (Manchester United Football Club crest) |
| 5,663,479 | (devil with trident logo) |
| 5,809,198 | (CFC stylized logo) |
| 5,847,510 | **MAN UTD** |

3

| Registration Number | Trademark |
|---|---|
| 5,887,591 | |
| 5,899,493 | |
| 5,905,684 | MAN UNITED |
| 5,923,245 | |
| 5,963,828 | MAN UTD |
| 6,104,053 | I LOVE UNITED |
| 2,952,962 | |
| 2,952,963 | |

4

| Registration Number | Trademark |
|---|---|
| 2,980,045 | TOTTENHAM HOTSPUR |
| 4,903,214 | |
| 4,903,250 | |
| 4,903,251 | |
| 4,903,257 | |
| 4,920,020 | TO DARE IS TO DO |

| Registration Number | Trademark |
|---|---|
| 4,929,549 | [Tottenham Hotspur logo] |
| 4,980,204 | THFC |
| 5,005,438 | HOTSPUR |
| 5,005,441 | TOTTENHAM HOTSPUR |
| 5,051,631 | HOTSPUR HERITAGE |
| 5,139,349 | COYS |
| 5,664,308 | [SPURS 360 logo] |
| 3,307,401 | [Liverpool Football Club crest] |
| 3,867,538 | [Liverpool Football Club crest] |

| Registration Number | Trademark |
|---|---|
| 4,169,888 | [Liver Bird logo with L.F.C.] |
| 5,089,345 | THE NORMAL ONE |
| 6,742,770 | [Liver Bird logo] |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiffs' previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiffs have demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiffs have proved a *prima facie* case of trademark infringement because (1) Plaintiffs' Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of Plaintiffs' Trademarks, and (3) Defendants' use of Plaintiffs' Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiffs. Furthermore, Defendants' continued and unauthorized use of Plaintiffs' Trademarks irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiffs have an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a. using Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiffs' Product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiffs' Product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the Plaintiffs' Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for joesoccer.vip, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within seven (7) calendar days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiffs' choosing:

    a. unlock and change the registrar of record for joesoccer.vip to a registrar of Plaintiffs' selection until further ordered by this Court; or

    b. disable joesoccer.vip and make it inactive and untransferable until further ordered by this Court.

3. The registrars for joesoccer.vip, including, but not limited to, GoDaddy Operating Company LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within seven (7) calendar days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall take any steps necessary to transfer joesoccer.vip to a registrar account of Plaintiffs' selection so that joesoccer.vip can be redirected or disabled until further ordered by this Court.

4. Upon Plaintiffs' request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba, Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiffs expedited discovery, including copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, and Defendants' financial accounts, as well as providing a full accounting Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay,

        Wish.com, Walmart, Etsy, DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiffs' request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiffs' Trademarks.

6. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Plaintiffs are authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation

       with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, domain names and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and domain names.

Plaintiffs are authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within seven (7) calendar days of being served via e-mail.

9. Plaintiffs may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declarations of Laura Harrington, Matthew Collecott, and Paul Dicken and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "7 Color Sunflower and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. Schedule A to the Complaint [2], Exhibit 3 [21] to the Declarations of Laura Harrington, Matthew Collecott, and Paul Dicken, and the TRO [27] are unsealed.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

12. The $50,000 bond posted by Plaintiffs shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated: November 22, 2022

*[signature]*

Manish S. Shah
United States District Judge

**MANCHESTER UNITED FOOTBALL CLUB LIMITED, TOTTENHAM HOTSPUR LIMITED, and THE LIVERPOOL FOOTBALL CLUB AND ATHLETIC GROUNDS LIMITED v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-5227**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/1018791 | 7 Color Sunflower |
| 2 | aliexpress.com/store/1101967714 | Anime-Art Store |
| 3 | aliexpress.com/store/912584442 | BAYUE Store |
| 4 | aliexpress.com/store/1101952109 | Black Friday Department store Store |
| 5 | aliexpress.com/store/1100367478 | Boutique Department one Store |
| 6 | aliexpress.com/store/900240389 | Brittany Store |
| 7 | aliexpress.com/store/911807295 | Burberey Store |
| 8 | aliexpress.com/store/1100006031 | China quilt cover design factory Store |
| 9 | aliexpress.com/store/1102026151 | department store store Store |
| 10 | aliexpress.com/store/1101669583 | dozoart Store |
| 11 | aliexpress.com/store/1101826078 | Encounteryou Store |
| 12 | aliexpress.com/store/911415562 | Fantasy City Store |
| 13 | aliexpress.com/store/911761725 | Fl7171 Store |
| 14 | aliexpress.com/store/1101896395 | Future-is-coming Store |
| 15 | aliexpress.com/store/1101932507 | GOOGLY Store |
| 16 | aliexpress.com/store/912521480 | Hansome poster Store |
| 17 | aliexpress.com/store/912496574 | HD poster Store |
| 18 | aliexpress.com/store/1102060204 | Helgin Lifestyle Store |
| 19 | aliexpress.com/store/911659334 | Kung-Fu T-shirt Store |
| 20 | aliexpress.com/store/912343381 | LegendForever Store |
| 21 | aliexpress.com/store/912178456 | LINGXIA Store |
| 22 | aliexpress.com/store/1100350182 | Lu Lu branch Store |
| 23 | aliexpress.com/store/911765541 | Natasha's Decoration Store |
| 24 | aliexpress.com/store/1100225207 | New Boutique Store |
| 25 | aliexpress.com/store/1102021914 | NH Home Decor Store |
| 26 | aliexpress.com/store/911547447 | OL Lighter Dropshipping Store |
| 27 | aliexpress.com/store/1100087033 | OUIO eSports Proxy Store |
| 28 | aliexpress.com/store/1210421 | ShenZhen Gotone Store |
| 29 | aliexpress.com/store/1100064037 | Shop1100064037 Store |
| 30 | aliexpress.com/store/1101989345 | Shop1100085235 Store |
| 31 | aliexpress.com/store/1100117005 | Shop1100117005 Store |
| 32 | aliexpress.com/store/1100169207 | Shop1100169207 Store |
| 33 | aliexpress.com/store/1100173342 | Shop1100173342 Store |
| 34 | aliexpress.com/store/1102003077 | Shop1100174161 Store |
| 35 | aliexpress.com/store/1100175283 | Shop1100175283 Store |
| 36 | aliexpress.com/store/1102051977 | Shop1100370546 Store |

| | | |
|---|---|---|
| 37 | aliexpress.com/store/1102069072 | Shop1102066085 Store |
| 38 | aliexpress.com/store/1102070033 | Shop1102069071 Store |
| 39 | aliexpress.com/store/5250316 | Shop53661702 Store |
| 40 | aliexpress.com/store/1101550136 | Shop910715133 Store |
| 41 | aliexpress.com/store/911044211 | Shop911044211 Store |
| 42 | aliexpress.com/store/911120067 | Shop911120067 Store |
| 43 | aliexpress.com/store/911132193 | Shop911132193 Store |
| 44 | aliexpress.com/store/912625440 | Smil 21650065 Store |
| 45 | aliexpress.com/store/912679485 | somany Store |
| 46 | aliexpress.com/store/1102038934 | Sports Wall Art Store |
| 47 | aliexpress.com/store/1102057091 | Sunday BoutiQues Store |
| 48 | aliexpress.com/store/911444051 | TOGPRILLZ SS Store |
| 49 | aliexpress.com/store/912471272 | UUOUU Store |
| 50 | aliexpress.com/store/912258913 | Win-Win Decor Store |
| 51 | aliexpress.com/store/1101598853 | YINXIU trading Store |
| 52 | aliexpress.com/store/911667342 | YU HANG88 Store |
| 53 | aliexpress.com/store/912687279 | zihang toy Store |
| 54 | amazon.com/sp?seller=A1H06ULXBCPML | A1H06ULXBCPML |
| 55 | amazon.com/sp?seller=A1I9ZLSNZV8FST | A1I9ZLSNZV8FST |
| 56 | amazon.com/sp?seller=A2XCU0BAK6KKC7 | A2XCU0BAK6KKC7 |
| 57 | amazon.com/sp?seller=A2MO2Q5M8BPPWD | aeopng |
| 58 | amazon.com/sp?seller=A37723OM3NC97Q | amhgmgh |
| 59 | amazon.com/sp?seller=A3L1HBMK78JDHQ | Asomie |
| 60 | amazon.com/sp?seller=A36FIEY7DX31WD | beiqinjia |
| 61 | amazon.com/sp?seller=A3IK3PPGERNSS7 | BGEEHUS |
| 62 | amazon.com/sp?seller=AEUXREQGTPGO6 | Caibianshangmao |
| 63 | amazon.com/sp?seller=A1L7UW6D22CGR0 | CHANGSUAIKEJIYOUXIANGONGSI |
| 64 | amazon.com/sp?seller=A1ESU2QE4I69OA | chuanhuiqumaernashanghang |
| 65 | amazon.com/sp?seller=A17Z73WX4IKRS9 | CHUANshi |
| 66 | amazon.com/sp?seller=A2U9IHGV3HHUVS | Conasinbule |
| 67 | amazon.com/sp?seller=A1RX75N96TTZUZ | dashanshuihuayi |
| 68 | amazon.com/sp?seller=A30Z5UNFQKETVU | enhong store |
| 69 | amazon.com/sp?seller=A2E0MI0QGQ6K6S | Fruitseen |
| 70 | amazon.com/sp?seller=A1XSQ083KLBXL9 | GFHGJFDTG |
| 71 | amazon.com/sp?seller=A2MDPVBPFRR1LZ | Golden East Sale |
| 72 | amazon.com/sp?seller=A3YYGIN8N31M8 | guozhenyu112 |
| 73 | amazon.com/sp?seller=A2GIS1TN7MWW44 | gyjtyrees |
| 74 | amazon.com/sp?seller=ADQ4YEBSRB5OK | HALEILONG |
| 75 | amazon.com/sp?seller=A39FY3PHIO99LQ | Handsomeone |
| 76 | amazon.com/sp?seller=A1CK74RAN0W168 | hejiawen prom |
| 77 | amazon.com/sp?seller=A8N9BYOP6066S | hxoyker |
| 78 | amazon.com/sp?seller=A1Q2VNSJGOH2JE | JHSMMY |
| 79 | amazon.com/sp?seller=A302UJ86JYXK5S | jingbai store |
| 80 | amazon.com/sp?seller=A25RYWV4E5PFRC | Jojo Boutique |
| 81 | amazon.com/sp?seller=A2ZL4XX79SAYES | kunmingyichengdianzishangwuyouxiangongsi |
| 82 | amazon.com/sp?seller=A3IBZCXMZFMF84 | lfgjfgj |

| | | |
|---|---|---|
| 83 | amazon.com/sp?seller=A1B6KKGURD3ST4 | li tong chang hua zhuang pin men shi bu |
| 84 | amazon.com/sp?seller=AEPY60YXOO1R2 | LIVERP001 |
| 85 | amazon.com/sp?seller=AAER01AUZL4LF | ljjmbsm |
| 86 | amazon.com/sp?seller=A25IVGOH8XBDQR | nan zi |
| 87 | amazon.com/sp?seller=A1RAEU1HCZR2CX | ouboihjanxuie |
| 88 | amazon.com/sp?seller=AATT87YOOMYRQ | Qihong Store |
| 89 | amazon.com/sp?seller=A3OHZD12QVGMO2 | sdDFIMSDJFSASD |
| 90 | amazon.com/sp?seller=AEQVY4TYW8A4X | SHE XIAO LONG |
| 91 | amazon.com/sp?seller=A7D1ICXC1GT0L | SHUN LAN YOU GOU |
| 92 | amazon.com/sp?seller=A1SKOFGXEHJ67R | sssmz |
| 93 | amazon.com/sp?seller=A27INR03QIRVM4 | Team Promark-US |
| 94 | amazon.com/sp?seller=AAQVJHLSNLQU5 | Thehomedepotxsy |
| 95 | amazon.com/sp?seller=A2NULOON12BLB7 | TIEHANG |
| 96 | amazon.com/sp?seller=A1YLEILXHKOAUY | Travel Poster |
| 97 | amazon.com/sp?seller=A11PQ2FZ8BJNGM | xcwjbqx |
| 98 | amazon.com/sp?seller=ARR7URQUZYWUL | yexiantengmaiwangluokejiyouxiangongsi |
| 99 | amazon.com/sp?seller=A3LXGHHU52H1F | you tang shang mao |
| 100 | amazon.com/sp?seller=A3PYJ0N84IAEK4 | YZW Maoyi |
| 101 | amazon.com/sp?seller=A3S7NGPJYWX2UM | zfguatan |
| 102 | amazon.com/sp?seller=A2PMC5C4LTT5XC | zhaoqingguobeimei212 |
| 103 | amazon.com/sp?seller=A1DR9RZ0ZWK5QB | ZHENZHENSHANGPINDIAN |
| 104 | amazon.com/sp?seller=A37CHQIPL819VI | zzccaiwycmnx |
| 105 | dhgate.com/store/21035739 | Best Clothes |
| 106 | dhgate.com/store/21732736 | Chen1288 |
| 107 | dhgate.com/store/21718283 | Cl555 |
| 108 | dhgate.com/store/20471674 | Fans_edge |
| 109 | dhgate.com/store/21292311 | France Kids |
| 110 | dhgate.com/store/21309483 | KKLH sports jersey |
| 111 | dhgate.com/store/21590975 | Liverpools |
| 112 | dhgate.com/store/21256120 | Lys2019 |
| 113 | dhgate.com/store/21693762 | Shoes_earnest |
| 114 | dhgate.com/store/21741000 | Td_sports_mall |
| 115 | dhgate.com/store/21204180 | Tdsports |
| 116 | dhgate.com/store/21124062 | top soccer jerseys |
| 117 | dhgate.com/store/21704165 | top_jersey_500 |
| 118 | dhgate.com/store/21629748 | Wodajersey |
| 119 | dhgate.com/store/21732729 | Xie1118 |
| 120 | instagram.com/china_jersey_supplier/ | china_jersey_supplier |
| 121 | jersey777.ru | jersey777.ru |
| 122 | useitshop.com | useitshop.com |
| 123 | useitshop.com | useitshop.com |
| 124 | useitshop.com | useitshop.com |
| 125 | useitshop.com | useitshop.com |
| 126 | useitshop.com | useitshop.com |
| 127 | wish.com/merchant/5fb9e215474b5f66fd7c642a | gdpsd |
| 128 | wish.com/merchant/5e9e7d1446f75015c758db9b | hafvd |

| | | |
|---|---|---|
| 129 | wish.com/merchant/5ddcca2eb4519f22f47036aa | hgjdtkifyoip0 |
| 130 | wish.com/merchant/5e94017d7fbade3957bd969b | i9oaldsd |
| 131 | wish.com/merchant/5e688b639145ad5ccc972f9b | jeanette matthews |
| 132 | wish.com/merchant/5e81e82893fb00a1acca7996 | loeids |
| 133 | wish.com/merchant/5eaab157180840db4d7a1e9c | mashgd |
| 134 | wish.com/merchant/5e9a77f4a677779141eb53ae | mnagdgf |
| 135 | wish.com/merchant/5eaaa4da303ea7078a806578 | ohhgd |
| 136 | wish.com/merchant/5e9976a69965342b036d7773 | sajyt |
| 137 | wish.com/merchant/5e9acf5ea67777a4f6eac41b | wjksgh |
| 138 | wish.com/merchant/6044376daacee42589d828d6 | zhangliangsun |
| 139 | joesoccer.vip | joesoccer.vip |