# Exhibit A

| Defendant | E-Mail Address |
| --- | --- |
| 7 Color Sunflower | 50123486@qq.com |
| China quilt cover design factory Store | 3343457675@qq.com |
| Shop1100064037 Store | chua1130@163.com |
| OUIO eSports Proxy Store | 3393459573@qq.com |
| Shop1100117005 Store | wtlq155@yeah.net |
| Shop1100169207 Store | wtlq158@yeah.net |
| Shop1100173342 Store | gonghuai7417015538@163.com |
| Shop1100175283 Store | m2600690xianxiz@163.com |
| New Boutique Store | CL17689392968@163.com |
| Lu Lu branch Store | pumyrf@163.com |
| Boutique Department one Store | ZL17689392968@163.com |
| Shop910715133 Store | tnliangfeng110110@126.com |
| YINXIU trading Store | dyx15906012331@163.com |
| dozoart Store | fatekingdomw@163.com |
| Encounteryou Store | d200350302@163.com |
| Future-is-coming Store | wtlq136@163.com |
| GOOGLY Store | a1hxq168@163.com |
| Black Friday Department store Store | ZJ13055303067@163.com |
| Anime-Art Store | hongzuo28store@163.com |
| Shop1100085235 Store | wtlq148@yeah.net |
| Shop1100174161 Store | wtlq161@163.com |
| NH Home Decor Store | ywrw00@163.com |
| department store store Store | ZL13055303067@163.com |
| Sports Wall Art Store | fqsjt006@163.com |
| Shop1100370546 Store | 273182238@qq.com |
| Sunday BoutiQues Store | HZJ13055303067@163.com |
| Helgin Lifestyle Store | fj20228889@163.com |
| Shop1102066085 Store | 731190110@qq.com |
| Shop1102069071 Store | 1067509519@qq.com |
| ShenZhen Gotone Store | 564083559@qq.com |
| Shop53661702 Store | robertjohnson3355@outlook.com |
| Brittany Store | smt56aaa@163.com |
| Shop911044211 Store | kido121@sina.com |
| Shop911120067 Store | huangxiuqun6@163.com |
| Shop911132193 Store | zhuke441072@yeah.net |
| Fantasy City Store | manqi2021@aliyun.com |
| TOGPRILLZ SS Store | icenoodles2021@163.com |
| OL Lighter Dropshipping Store | zr9345@163.com |
| Kung-Fu T-shirt Store | 253383968@qq.com |
| YU HANG88 Store | 1106984035@qq.com |

| | |
|---|---|
| Fl7171 Store | 18013587345@163.com |
| Natasha's Decoration Store | w48bee@163.com |
| Burberey Store | smt156bbb@163.com |
| LINGXIA Store | 2548051312@qq.com |
| Win-Win Decor Store | hyzgyh05@163.com |
| LegendForever Store | qlsl0123@163.com |
| UUOUU Store | wtlq122@yeah.net |
| HD poster Store | zlqvip66@126.com |
| Hansome poster Store | zzbvip66@126.com |
| BAYUE Store | b11202110@163.com |
| Smil 21650065 Store | zuihangyuan78@163.com |
| somany Store | youpu365@163.com |
| zihang toy Store | lpa1910202@163.com |
| xcwjbqx | whui7859@163.com |
| CHUANshi | chuanshi789@163.com |
| li tong chang hua zhuang pin men shi bu | cameraebluga2x@hotmail.com |
| hejiawen prom | xuepoping198358@163.com |
| ZHENZHENSHANGPINDIAN | zhengyingzhen123@163.com |
| chuanhuiqumaernashanghang | asmiee5185@163.com |
| A1H06ULXBCPML | g4p2z8@sina.com |
| A1I9ZLSNZV8FST | zjw18240727930@outlook.com |
| CHANGSUAIKEJIYOUXIANGONGSI | lixinpa46372@163.com |
| JHSMMY | 2696601895@qq.com |
| ouboihjanxuie | hananxuelin258@163.com |
| dashanshuihuayi | 364803228@qq.com |
| sssmz | lishuangmeizhou@163.com |
| GFHGJFDTG | gouche23889@163.com |
| nan zi | y18302830652@163.com |
| Jojo Boutique | lssyanmaxun@126.com |
| Team Promark-US | bmrnyz@163.com |
| Fruitseen | guosefa823@163.com |
| gyjtyrees | dumuf824484@163.com |
| Golden East Sale | dadong198627@163.com |
| aeopng | dingkai78jie@163.com |
| TIEHANG | tieqishangmao@163.com |
| zhaoqingguobeimei212 | steshexesix@outlook.com |
| Conasinbule | ca1ns7b@163.com |
| A2XCU0BAK6KKC7 | zhuchuangchuang666@163.com |
| kunmingyichengdianzishangwuyouxiangongsi | qiechen6689@163.com |
| jingbai store | jingbaimini@outlook.com |
| enhong store | enhongsm@163.com |

| | |
|---|---|
| beiqinjia | zhaish09135@163.com |
| amhgmgh | zhuweibing15003940818@outlook.com |
| zzccaiwycmnx | songhuishuge54@163.com |
| Handsomeone | gqef2000@163.com |
| lfgjfgj | hzy15294789118@outlook.com |
| BGEEHUS | qsn594@163.com |
| you tang shang mao | cvbfgreg@163.com |
| sdDFIMSDJFSASD | sfgb0yggws@163.com |
| YZW Maoyi | linju338470@163.com |
| zfguatan | bsb4y5@sina.com |
| guozhenyu112 | acmnwt@163.com |
| SHUN LAN YOU GOU | shunlan769@outlook.com |
| hxoyker | hexiang6585@163.com |
| ljjmbsm | minbo857857@163.com |
| Thehomedepotxsy | panzhibiaoymx@163.com |
| Qihong Store | us47jazkbc@163.com |
| HALEILONG | liujinying6761@163.com |
| LIVERP001 | dubengou212@163.com |
| SHE XIAO LONG | shexiaolongus@163.com |
| Caibianshangmao | rainieye520@sina.com |
| yexiantengmaiwangluokejiyouxiangongsi | lpn318786@163.com |
| Fans_edge | 284103225@qq.com |
| Best Clothes | 645019654@qq.com |
| top soccer jerseys | 380945852@qq.com |
| Tdsports | 757988799@qq.com |
| Lys2019 | huangrui_4343@qq.com |
| France Kids | 51219148@qq.com |
| KKLH sports jersey | kkk13902572357@126.com |
| Liverpools | 2810494391@qq.com |
| Wodajersey | wodajersey@163.com |
| Shoes_earnest | 2307292843@qq.com |
| top_jersey_500 | 1774854948@qq.com |
| Cl555 | lzy18594236415@163.com |
| Xie1118 | 71572493@qq.com |
| Chen1288 | 71572493@qq.com |
| Td_sports_mall | 972019494@qq.com |
| china_jersey_supplier | 791256746@qq.com, 791256746@qq.con |
| jersey777.ru | hihyme@qq.com |
| useitshop.com | ryanfinn452@hotmail.com |
| useitshop.com | LATASHAMCDANIELS8369@YAHOO.COM |
| useitshop.com | ELIZABETHTHOMAS1600@tosaep.com |
| useitshop.com | DONNA_WINKLERCMI@YAHOO.COM |

| | |
|---|---|
| useitshop.com | sh202111724@tolinktrade.com,MARVILYNCOOPERF478@YAHOO.COM |
| hgjdtkifyoip0 | d1p9cr@163.com |
| jeanette matthews | dazzlingnn@163.com |
| loeids | smeampotypvfh@hotmail.com |
| i9oaldsd | stewhosfyx@hotmail.com |
| sajyt | taynothtljcj@hotmail.com |
| mnagdgf | theathetnyohls@hotmail.com |
| wjksgh | theightmhub@hotmail.com |
| hafvd | mcretajjqdfb@hotmail.com |
| ohhgd | tethoughntlga@hotmail.com |
| mashgd | mcsewahxka@hotmail.com |
| gdpsd | gjgse41@163.com |
| zhangliangsun | huangjie23578gubi@163.com |
| joesoccer.vip | abuse@mail.com |